No. 2260. — EL PUEBLO, APDO., v. RODRÍGUEZ, APLTE. — C. D. Guayama. Infracción Ley de Pesas y Medidas. Mayo 22, 1924. Revocada la sentencia apelada y absuelto el acusado por no ser suficiente la denuncia porque para que la denuncia fuera suficiente en este caso debió alegar que el peso que tenía el pan era inferior a la tolerancia que permiten los reglamentos, según se dijo en *El Pueblo* v. *Mulero,*

32 D.P.R. 900, y además, porque para que la prueba fuera suficiente debieron ser presentados como evidencia dichos reglamentos, de acuerdo con el caso de *El Pueblo* v. *Garau & Co.*, 29 D.P.R. 1038.